[No. 50980-2-I.   Division One.   June 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STEFAN ADAM LORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02152-9, Steven C. Gonzalez, J., entered August 26, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Agid, JJ.

[No. 51764-3-I.   Division One.   June 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE DENNIS KELLERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00328-6, Ellen J. Fair, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Agid, JJ.

[No. 51771-6-I.   Division One.   June 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVENNICE ANTOINE GAINES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04519-3, Robert H. Alsdorf, J., entered December 16, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 51957-3-I.   Division One.   June 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH BINES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03924-0, Robert H. Alsdorf, J., entered February 11, 2003. *Affirmed* by unpublished per curiam opinion.